IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00011-RJL-02 |
| | : | |
| DION RAJEWSKI, et al., | : | |
| Defendants. | : | |

**CONSENT MOTION TO CONTINUE MARCH 9, 2023 STATUS HEARING**

COMES NOW, Allen H. Orenberg, to respectfully request this Honorable Court to enter an Order continuing the status hearing scheduled for March 9, 2023, at 4:00 p.m., to a date convenient to the Court and to the parties.

As grounds for this consent motion counsel states the following:

1. An status hearing is scheduled for March 9, 2023, at 4:00 pm.

2. This motion is consented to by AUSA Michael Gordon, as well as by AFPD Ellis Summers (counsel for co-defendants Zachary Johnson), Carolyn Stewart (counsel for co-defendants Alan Fischer III & Brian Boyle), and AFPD Elizabeth Mullin (counsel for co-defendant James Brett IV).

3. Undesigned counsel is starting a 5 -8 day trial on March 6, 2023, before Judge Carl J. Nichols of this Court. (21-447-CJN) Consequently, undersigned counsel does not expect to be available for a status hearing on March 9th at 4:00 p.m.

4. The government has extended plea offers to each defendant. Postponing

the March 9th status hearing will allow the parties to further consider (and negotiate) the pending plea offer(s).

5. After consulting with the parties, undersigned counsel asks the Court to schedule a status hearing for either March 29, 30, 31, 2023, or during the week of April 3rd, 2023. If these suggested dates are not good for the Court, then it is respectfully requested that the Courtroom Deputy Clerk consult with the parties regarding the selection of a good date/time.

WHEREFORE, counsel for the defendant respectfully requests that this motion be granted and enter an Order continuing the status hearing scheduled for March 9, 2023, at 4:00 p.m., to a date convenient to the Court and to the parties.

Respectfully submitted,

Allen H. Orenberg, Bar #395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Phone: 301-984-8005
Fax:    301-984-8008
Cell-Phone: 301-807-3847
E-mail: aorenberg@orenberglaw.com
Counsel for Dion Rajewski

Dated: February 20, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February, 2023 a copy of the foregoing Consent Motion, and a proposed Order, was served via CM/ECF to all registered persons in this cause.

_____

Allen H. Orenberg