IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | No. 1:22-cr-00011-RJL-02 |
| : | |
| **DION RAJEWSKI,** : | |
| **Defendant.** : | |

**NOTICE OF A POTENTIAL SCHEDULING
ISSUE BY DEFENDANT DION RAJEWSKI**

COMES NOW, Allen H. Orenberg, counsel for Dion Rajewski, to respectfully file this Notice of a potential scheduling issue concerning the status hearing scheduled for July 28, 2023, at 4:00 p.m. (By telephone/VTC)

1. On March 29, 2023, this Court scheduled a status hearing for July 26, 2023 at 4:00 p.m. (By telephone/VTC)

2. On April 28, 2023, this Court, *sua sponte*, re-scheduled the status hearing for July 28, 2023, at 4:00 p.m.

3. Previously, on January 5, 2023, U.S. District Judge Colleen Kollar-Kotelly scheduled a status hearing for July 28, 2023 at 3:30 p.m., in the matter of *USA v. Paulette Harlow, et al.*, No. 22-cr-96-CKK. (By telephone/VTC)

4. If necessary, undersigned counsel will ask one of the co-defendant's attorneys to "stand-in" if the status hearing in the aforementioned *Harlow* case is running late on July 28, 2023.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

Dated: June 20, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2023, a copy of the foregoing Notice of a Potential Scheduling Issue by Defendant Dion Rajewski was delivered to case registered parties by the CM/ECF court system.

_____
Allen H. Orenberg