IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00011-RJL-02 |
| | : | |
| **DION RAJEWSKI,** | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the motion for the entry of an Order dismissing Counts 5, 10 & 12 the Second Superseding Indictment for failing to state an offense, opposition thereto, and the entire record in this case, it is this \_\_\_\_ day of _____ 2024, hereby, **ORDERED** that the motion is granted. Counts 5, 10 & 12 of the Second Superseding Indictment are hereby **DISMISSED**.

_____
The Honorable Richard J. Leon
United States District Judge
U. S. District Court for the District of Columbia

1