

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

August 30, 2024

**BY EMAIL**

Allen H. Orenberg
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850

    Re:    *United States v. Dion Rajewski*, Case No. 22-cr-11

Dear Mr. Orenberg:

We write to respond to your request dated August 21, 2024, for information regarding the MK-46 oleoresin capsicum ("OC") cannister that Dion Rajewski passed to another rioter while outside the Lower West Terrace Tunnel (the "Tunnel") around 4:00 p.m. on January 6, 2021.

The government provides the following information about the cannister. In the video titled, "THAT'S ONE BIG FLAG! THE STORM ARRIVED PT. 7," (the "BIG FLAG VIDEO"), which was produced to you on February 14, 2022, Rajewski passed the cannister towards the Tunnel at 3:05 elapsed time. As shown in the video, about 30 seconds later, a rioter in a black winter hat, circled in yellow in Image 1 below, descended the stairs outside the Tunnel holding what appears to be the same cannister.

The same video shows a different, but identical looking MK-46 cannister later being passed by co-Defendant Zachary Johnson to another rioter, who immediately discharged it against police officers in the Tunnel at 8:23 elapsed time. Dion Rajewski does not appear to use or carry the cannister that was discharged.

Another video titled, "Washington Protest," which was also produced to you on February 14, 2022, shows the passing of the first cannister (*i.e.*, the 3:05 time mark in the BIG FLAG VIDEO) incident from a different angle. Rajewski passed the cannister in the direction of the Tunnel at 6:14 elapsed time. About one minute later, the same rioter in the black winter hat, circled in yellow in Image 2 below, descended the stairs with what appears to be the same cannister in his left hand.



*Image 1 (from the "BIG FLAG VIDEO" at 3:50 elapsed time)*



*Image 2 (from the "Washington Protest" video at 7:36 elapsed time)*

Additional videos show the rioter in the black winter hat departing the Lower West Terrace with the cannister.

- Image 3 below is an open-source photograph depicting the rioter in the black winter hat descending the stairs by the Tunnel with the stolen cannister.

- Image 4 below is a screenshot from an open-source video showing the rioter in the black winter hat holding the stolen cannister above his head as he descended the stairs by the Tunnel.

- Image 5 below is a screenshot from an open-source video showing the rioter in the black hat making his way to the West Plaza with what appears to be the same stolen cannister in his left hand.

- Image 6 below is a screenshot from an open-source video depicting the rioter on the West Plaza with the stolen cannister slung over his left shoulder.

- Image 7 below is a screenshot from an open-source video depicting the rioter on the West Plaza with what appears to be the black strap of the stolen cannister on his left shoulder.

The government has produced these open-source videos and images to you today via USAfx. The prosecution team is not presently aware of any video or photo that depicts the rioter in the black winter hat discharging the cannister.


*Image 3*



*Image 4 (from "c4v8kvkMu23c7AfAD.mpeg" video at 7:38 elapsed)*



*Image 5 (from the "158542326049264.mpeg4" video at 2:13 elapsed)*



*Image 6 (from the "584605279659324.mp4" video at 0:44 elapsed time)*



*Image 7 (from the "At the Capitol, National Anthem.mpeg4" video at 0:19 elapsed)*

Again, we appreciate you raising this issue with us. We recognize the government's discovery obligations, and we will continue to provide timely disclosure of any additional information about the cannister your client handled, if such information comes to light. We request reciprocal discovery to the fullest extent provided by Fed. R. Crim. P. 16, including any expert summaries or reports about the cannister.

Sincerely,

JAKE E. STRUEBING
Assistant U.S. Attorney
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6931
Jake.Struebing@usdoj.gov

Cc: Rebekah Lederer, Assistant U.S. Attorney